UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC.., | Case No. 2:22-cv-00187 |
| Plaintiff, | |
| | Hon. Paul L. Maloney |
| v. | |
| GREAT LAKES FOODS, LLC d/b/a LADYSMITH FRESH MARKET., | |
| Defendant. | |

| | |
|---|---|
| Daniel Desouza<br>COPYCAT LEGAL PLLC<br>*Attorneys for Plaintiff*<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone:  (877) 437-6228<br>dan@copycatlegal.com | Jacob L. Carlton (P84859)<br>MILLER JOHNSON<br>Attorneys for Defendant<br>45 Ottawa Avenue SW, Suite 1100<br>Grand Rapids, MI 49503<br>(616) 831-1700<br>carltonj@millerjohnson.com |

**NOTICE OF SETTLEMENT AND STIPULATION AND PROPOSED ORDER FOR EXTENSION TO RESPOND TO COMPLAINT**

The Parties have agreed in principal to resolve this case, and they are in the process of finalizing the papers for their settlement agreement.  The Parties request that the Court extend the Defendant's deadline to respond to the complaint by 28 days to January 5, 2022, to allow the parties to submit dismissal papers as necessary.

Stipulated as to form and content:

| | |
|---|---|
| */s/)*<br>Daniel Desouza<br>COPYCAT LEGAL PLLC<br>*Attorneys for Plaintiff* | */s/Jacob L. Carlton*<br>Jacob L. Carlton (P84859)<br>MILLER JOHNSON<br>Attorneys for Defendant |
| Dated: 12/7/2022 | Dated:12/7/2022 |

## **ORDER**

        IT IS HEREBY ORDERED that Defendant's deadline to respond to the complaint is extended to January 5, 2022.


Date: _____                         _____

                                                                                      HON. Paul L. Maloney